Steven M. Zadravecz (State Bar No. 185676)
szadravecz@jonesday.com
Mark E. Earnest (State Bar No. 253490)
mearnest@jonesday.com
JONES DAY
3161 Michelson Drive, Suite 800
Irvine, CA  92612.4408
Telephone:  +1.949.851.3939
Facsimile:   +1.949.553.7539

Attorneys for Defendants
VERIZON COMMUNICATIONS, INC. and
VERIZON CORPORATE RESOURCES
GROUP LLC (erroneously named as
VERIZON CORPORATION RESOURCES
GROUP, LLC)

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| Dave Meza, an individual, on behalf of himself and all other similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Verizon Communications, Inc., a Delaware corporation; Verizon California, Inc., a California corporation; Frontier Communications Corporation; Verizon Corporation Resources Group, LLC; and DOES 3 through 10,<br><br>Defendants. | **Case No. 1:16-cv-00739-AWI-MJS**<br><br>**Assigned for all purposes to Judge Anthony W. Ishii**<br><br>**JOINT STIPULATION AND ORDER AMENDING MOTION SCHEDULE**<br><br>Complaint filed:  April 14, 2016 |

Plaintiff Dave Meza ("Plaintiff"), on the one hand, and defendants Frontier California Inc. and Frontier Communications Corporation (collectively, "Frontier"), and defendants Verizon Communications, Inc. and Verizon Corporate Resources Group LLC (collectively, "Verizon") (Frontier and Verizon are referred to collectively as "Defendants"), on the other hand, hereby enter into the following Stipulation with reference to the following facts:

## **RECITALS**

1. On April 14, 2016, Plaintiff filed his Complaint in Fresno County Superior Court, alleging a single claim for relief under the Fair Credit Reporting Act, 15 U.S.C. § 1681b.

2. On May 27, 2016, Frontier timely removed the action to this Court based on federal question jurisdiction.

3. On September 28, 2016, Defendants filed their respective Answers to the Complaint, denying the allegations in the Complaint.

4. On November 9, 2016, counsel for the parties appeared before the Court at a Scheduling Conference, after which the Court set the following deadlines related to any motions for summary judgment and class certification:

| | |
|---|---|
| May 30, 2017 | Last Day to file Motion for Summary Judgment |
| Four weeks after ruling on any summary judgment motion, or June 27, 2017, if no such motion is filed | Last Day to file Motion for Class Certification |
| July 17, 2017 (1:30 pm) | Last Day to hear Motion for Summary Judgment |

(Docket No. 22, at 3).

5. Since the Scheduling Conference, the parties have been actively engaged in discovery. They have exchanged their initial disclosures, propounded and

responded to several sets of interrogatories and document demands, and produced relevant and responsive documents.

6. The parties followed the Court's Order for all counsel "to discuss with their clients the relative benefits and detriments of settlement versus trial, the likelihood the case ultimately will settle and the economic benefit of settling sooner rather than later." (Id., at 4). Having done so, and after conducting the necessary discovery discussed above, the parties believe they are now in a position to have fruitful discussions regarding a possible resolution.

7. In an effort to give settlement a realistic chance, the parties agree that amending the motion schedule above is necessary. Doing so will help the parties avoid unnecessary discovery and litigation expenses due to looming summary judgment and class certification deadlines. It will also serve judicial economy since the parties will not need to file or burden the Court with unnecessary discovery and/or dispositive motions.

## **STIPULATION**

Based on the facts stated above and subject to this Court's approval, plaintiff Meza and defendants Frontier and Verizon stipulate that the motion schedule outlined in the Scheduling Order issued on November 10, 2016 in this action be amended to apply the following dates:

| | |
|---|---|
| August 31, 2017 | Last Day to file Motion for Summary Judgment |
| Four weeks after ruling on any summary judgment motion, or September 28, 2017, if no such motion is filed | Last Day to file Motion for Class Certification |
| September 18, 2017 (1:30 pm) | Last Day to hear Motion for Summary Judgment |

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

| | | |
|---|---|---|
| 1 | Dated:  March 22, 2017 | DION-KINDEM LAW FIRM |
| 2 | | |
| 3 | | By:*/s/ Peter R. Dion-Kindem* |
| 4 | | Peter R. Dion-Kindem, P.C. |
| 5 | | Peter R. Dion-Kindem |
| 6 | | Attorneys for Plaintiff DAVE MEZA |

Dated:  March 22, 2017        JONES DAY

By:*/s/ Steven M. Zadravecz*
Steven M. Zadravecz

Attorneys for Defendants VERIZON COMMUNICATIONS, INC. AND VERIZON CORPORATE RESOURCES GROUP LLC (erroneously named as VERIZON CORPORATION RESOURCES GROUP, LLC)

Dated:  March 22, 2017        MORGAN LEWIS & BOCKIUS LLP

By:*/s/ Joseph V. Marra III*
Joseph V. Marra III

Attorneys for Defendants FRONTIER CALIFORNIA INC. and FRONTIER COMMUNICATIONS CORP.

## **ORDER**

Good cause appearing, the foregoing Stipulation to amend motion schedule is accepted and adopted as the Order of this Court.

IT IS SO ORDERED.

Dated:  March 23, 2017        */s/ Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE

NAI_1502579057_1